472 A.2d 254

In re Sampson.

Appeal of Robert James Sampson, Jr. and Susan Plants.

Argued September 28, 1983.  Alan Berman, for appellants;  Mark P. Cancilla, for appellees;  Mary Ellen McMeekin, for participating party.

Before BROSKY, McEWEN and BECK, JJ.

The order of the learned Allegheny County Common Pleas Court Judge Livingstone M. Johnson is affirmed.